**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | |
|---|---|
| ANN SMITH, AS EXECUTRIX OF THE ESTATE OF DALE SMITH, DECEASED, ON BEHALF OF HERSELF INDIVIDUALLY, SURVIVING SPOUSE OF THE DECEDENT, AND THE NEXT OF KIN OF DALE SMITH, AND ON BEHALF OF THE ESTATE OF DALE SMITH, DECEASED, <br><br> Respondents <br><br> v. <br><br> MARC CORDERO, M.D. AND UPMC MCKEESPORT, A DIVISION AND HOSPITAL OF THE UNIVERSITY OF PITTSBURGH MEDICAL CENTER AND UPMC WOUND HEALING SERVICES AT UPMC MCKEESPORT, A DIVISION OF UPMC MCKEESPORT AND THE UNIVERSITY OF PITTSBURGH MEDICAL CENTER, <br><br> Petitioners | No. 262 WAL 2019 <br><br> Petition for Allowance of Appeal from the **Published Opinion and Order** of the Superior Court at No. 1166 WDA 2018, at 223 A.3d 268 (Pa. Super. 2019) entered on November 15, 2019, **vacating and remanding** the Order of the Allegheny County Court of Common Pleas at No. GD-14-014061 entered on August 7, 2018 |

## ORDER

**PER CURIAM**

**AND NOW**, this 19th day of May, 2020, the Petition for Allowance of Appeal is **GRANTED**, the order of the Superior Court is **VACATED**, and the case is **REMANDED** to the Superior Court for further proceedings consistent with this Court's opinion in *Trigg v. Children's Hospital of Pittsburgh of UPMC*, 3 WAP 2019. The ancillary "Application to Stay" is **DENIED** as moot.